UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY CALDERON,<br>　　　　Petitioner<br>　　v.<br>WARDEN,<br>　　　　Respondent. | Case No. 2:19-cv-10219-SVW (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  December 18, 2019  .

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE